IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 NOV 14 PM 3: 12

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:11CR371 |
| Plaintiff, ) | |
| ) | ORDER RELEASING |
| v. ) | DEFENDANT FROM CUSTODY |
| ) | |
| OLIVIA SAUNSOCI, ) | |
| ) | |
| Defendant. ) | |

The Defendant, Olivia Saunsoci, by and through her attorney, Richard H. McWilliams, orally moved on November 6, 2014, for her release from U.S. Marshal's custody. A bed has become available for the Defendant on November 18, 2014, at the Winnebago Drug Dependency Unit for the Defendant to attend in-patient treatment.

The Court ORDERS: that the Defendant shall be released from the U.S. Marshal's custody on November 18, 2014, and transported by a member of the Federal Public Defender's office to the Winnebago Drug Dependency Unit in Winnebago, Nebraska. The Defendant is ordered to remain and reside at that program and to abide by all of its rules and regulations until she is released by the Court or her United States Probation Officer. In addition, the Defendant remains subject to all of the existing conditions of her supervised release. Further, the Court orders that if the Defendant leaves or attempts to leave the treatment program before completion, the Court shall be notified immediately so that a warrant may issue.

DATED this 14th day of November, 2014.

BY THE COURT:

THE HON. LAURIE SMITH CAMP
Chief United States District Court Judge